1  Michael A. Strauss, SBN 246718
   mike@strausslawyers.com
2  Andrew C. Ellison, SBN 283884
   andrew@strausslawyers.com
3  Rabiah A. Rahman, SBN 289790
   rabiah@strausslawyers.com
4  **STRAUSS & STRAUSS, APC**
   121 North Fir Street, Suite F
5  Ventura, CA 93001
   Telephone: (805) 641-6600
6  Facsimile: (805) 641-6607

7  Attorneys for Plaintiff and the Putative Class

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CAMPOS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ECOLAB INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 4:16-cv-04829-TEH<br>[Assigned to Hon. Thelton E. Henderson]<br><br>**CLASS ACTION**<br><br>Complaint Filed: August 22, 2016<br><br>**RE-NOTICE OF HEARING ON MOTION FOR CLASS CERTIFICATION**<br><br>Date: December 12, 2016<br>Time: 10:00 a.m.<br>Location: Ctrm. 2, 17th Floor<br>450 Golden Gate Avenue,<br>San Francisco, CA 94102 |

**TO THE COURT AND THE PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff's Motion for Class Certification (Dkt. No. 11 *et seq.*) will be brought on for hearing before the Honorable Thelton E. Henderson at 10:00 a.m. in Courtroom 2, 17th Floor of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, or as soon thereafter as counsel may

1  be heard.

2  Dated:   October 11, 2016                **STRAUSS & STRAUSS, APC**
                                             **A Professional Corporation**

                                             By:   /s/
                                                   Michael A. Strauss
                                                   Attorneys for Plaintiffs
                                                   and the Putative Class

**RE-NOTICE OF HEARING ON MOTION FOR CLASS CERTIFICATION**