UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CAMPOS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ECOLAB, INC.,<br><br>        Defendant. | Case No. 16-cv-04829-TEH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Phyllis J. Hamilton for consideration of whether the case is related to *Ross v. Ecolab, Inc.*, Case No. 13-cv-05097-PJH.

**IT IS SO ORDERED.**

Dated:   10/11/16

                                              THELTON E. HENDERSON
                                              United States District Judge