UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN CAMPOS, et al.,

        Plaintiffs,

    v.

ECOLAB, INC.,

        Defendant.

Case No. 16-cv-04829-PJH

**ORDER REGARDING CASE STATUS**

On November 9, 2016, the court stayed this case pursuant to a stipulation in light of ongoing settlement discussions. Dkt. 26. On January 17, 2017, the parties reported that the case had settled in mediation, and that they were working on a proposed stipulated settlement agreement. Dkt. 29. The parties anticipated that they would file a motion for preliminary settlement approval "by February 14, 2017." Id. No such motion has yet been filed.

The parties are hereby ORDERED to file, within seven days of the date of this order, a joint update regarding the current case status, including when they expect to file a motion for preliminary settlement approval.

**IT IS SO ORDERED.**

Dated: March 6, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge