UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CAMPOS, an individual; EDDIE GOMEZ, an individual<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ECOLAB INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants.<br>_____<br>JORGE URIAS, an individual, for himself and those similarly situated; MARIO PERALTA, an individual, for himself and those similarly situated; KEN DITTO, an individual, for himself and those similarly situated; ROES 1 through 30,000; and the Putative Class,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>ECOLAB INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants.<br>_____ | Case Nos.<br>4:16-cv-04829-PJH<br>[*Urias* 3:16-cv-05192]<br>Judge:  Hon. Phyllis J. Hamilton<br><br>CLASS ACTION<br><br>[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE |

0

On August 2, 2017, Plaintiffs' Unopposed Motions for Final Approval of Class Action Settlement, Attorneys' Fees and Class Representative Incentive Awards (the "Final Approval Motions") came before the Court for hearing pursuant to the Order of this Court, ECF No. 35, on the application of Plaintiffs JUAN CAMPOS, EDDIE GOMEZ, JORGE URIAS, MARIO PERALTA and KEN DITTO for approval of the comprehensive settlement terms set forth in the Joint Stipulation of Class Action Settlement and Release (hereinafter the "Settlement" or the "Stipulation," Docket No. 32-2).

For the reasons stated in its Orders dated August 2, 2017 (hereinafter the "Final Approval Orders," ECF Docket Nos. 43, 44, and 45), this Court granted the Final Approval Motions.

Pursuant to Federal Rule of Civil Procedure 58, the Court now HEREBY ORDERS ENTRY OF JUDGMENT as follows:

1. This Judgment incorporates by reference the definitions in the Stipulation, and all capitalized terms used, but not defined herein, shall have the same meanings as in the Stipulation.

2. This Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all Certified Class Members.

3. All Parties are bound by this Final Judgment and Order of Dismissal with Prejudice and by the Stipulation.  The parties shall comply with the terms and conditions of the Stipulation and of the Final Approval Orders.  Defendant ECOLAB INC. shall pay the settlement funds through the procedure described in the Stipulation.

4. The Certified Class is made up of 158 individuals, a list of which is included with the papers filed in support of preliminary approval of the settlement.

5. The Court approves the following payments, after which the remaining settlement funds shall be distributed to the Certified Class Members pursuant to the terms of the Stipulation and Final Approval Orders:

- California Labor and Workforce Development Agency:  $15,000;

- Plaintiff Juan Campos (as a Service Award):  $5,000;
- Plaintiff Eddie Gomez (as a Service Award):  $5,000;
- Plaintiff Jorge Urias (as a Service Award):  $5,000;
- Plaintiff Mario Peralta (as a Service Award):  $5,000;
- Plaintiff Ken Ditto (as a Service Award):  $5,000;
- Class Counsel (as attorney's fees):  $1,190,000;
- Class Counsel (as litigation costs and expenses):  $9,024.88;
- CPT Group, Inc. (for claims administration fees):  $9,000.

6. Except as to any individual claim of those persons who have validly and timely requested exclusion from the Class, the Action is dismissed with prejudice.

7. Upon the Effective Date (as defined in Definitions par. "(I)(M)" of the Stipulation), all Released Claims of each and every member of the Certified Class are and shall be deemed to be conclusively released as against Defendant.  All Certified Class Members are hereby forever barred and enjoined from commencing, prosecuting or continuing, either directly or indirectly, against Defendant, in this or any other jurisdiction or forum, any and all Released Claims (as defined in the Stipulation).

8. Without affecting the finality of this Final Judgment and Order of Dismissal with Prejudice in any way, this Court hereby retains continuing jurisdiction over: (a) implementation of the Settlement and any award or distribution of the Settlement Fund, including interest earned thereon; (b) disposition of the Settlement Fund; (c) hearing and determining applications for attorney fees and expenses in the Action; and (d) all parties hereto for the purpose of construing, enforcing, and administrating the Stipulation and the Settlement therein.

9. The Court finds that during the course of the Action, the Settling Parties and their respective Counsel at all times complied with the requirements of Federal Rule of Civil Procedure 11.

10. In the event that the Settlement does not become effective in accordance with the terms of

the Stipulation or the Effective Date does not occur, or in the event that the Settlement Fund, or any portion thereof, is returned to the Defendant, then this Final Judgment and Order of Dismissal with Prejudice shall be rendered null and void to the extent provided by and in accordance with the Stipulation and shall be vacated and, in such event, all orders entered and releases delivered in connection herewith shall be null and void to the extent provided by and in accordance with the Stipulation.

11. The Court dismisses with prejudice all claims asserted in the case as the "Released Claims" are defined in the Stipulation.

IT IS SO ORDERED.

Dated: August 4 , 2017

_____
Hon. Phyllis J. Hamilton
United States District Judge

*[IT IS SO ORDERED — Judge Phyllis J. Hamilton — United States District Court, Northern District of California]*

3

**[PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE  16-4829-PJH**